1  ALEX G. TSE (CABN 152348)
   United States Attorney

2
   SARA WINSLOW (DCBN 457643)
3  Chief, Civil Division

4  JULIE C. REAGIN (CABN 167934)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7181
7      FAX: (415) 436-6570
       Julie.Reagin@usdoj.gov
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                         OAKLAND DIVISION
12

13  UNITED STATES OF AMERICA,          )  CASE NO. 10-0395-003 PJH
                                       )
14         Plaintiff,                  )  WRIT OF GARNISHMENT
                                       )
15      v.                             )
                                       )
16  ARAKS DAVOUDI,                     )
                                       )
17         Defendant,                  )
                                       )
18  _____   )
                                       )
19  E*TRADE SECURITIES, LLC,           )
                                       )
20         Garnishee.                  )
                                       )
21                                     )
                                       )
22  _____   )

23      TO:    E*Trade Securities LLC
               As custodian for the
24             Araks Davoudi IRA
               200 Hudson St., Ste. 501
25             Jersey City, NJ 07311

26      **YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF THE**

27  **UNITED STATES OF AMERICA PROPERTY IN YOUR POSSESSION IN WHICH THE**

28  **DEFENDANT-JUDGMENT DEBTOR HAS A SUBSTANTIAL NONEXEMPT INTEREST.**

The name, last known address, and last four digits of the social security number of the person who is the defendant-judgment debtor ("defendant") in this action and whose property is subject to this Writ is as follows:

> Araks Davoudi
> 5876 Laramie Way
> San Diego, CA 92120
> Social Security Number (last four digits): xxx-xx-6276

This Writ has been issued pursuant to a stipulation between the United States of America and Araks Davoudi, to enforce the collection of a criminal judgment entered in favor of the United States against the defendant for a debt in the original amount of $7,436,517.83. As of October 1, 2018, the total balance due on the judgment debt was $7,205,572.21.

The following are the steps that you must take to comply with this Writ. If you have any questions, you should consult with your attorney.

1.    Pursuant to 28 U.S.C. § 3205(c)(2)(F) and the terms of the Stipulation filed in the above referenced case, you must immediately withhold and retain property of the defendant in which the defendant has a substantial nonexempt interest, or if you obtain custody, control, or possession of such property while this Writ is in effect, until you receive instructions from the United States regarding distribution and payment of the property at issue. Such property includes the Individual Retirement Accounts ending 0600 and 0707 in the name of Araks Davoudi.

2.    In accordance with the terms of the Stipulation and upon receiving Notice from the United States that funds from Defendant's accounts may be liquidated, pay to the United States District Court, Attn: Finance Section, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102, 80% of the total account balance from the Defendant's IRA accounts. The Garnishee is to withhold 20% of the funds in the account for payment of federal income taxes that will be due on the requested withdrawal.

**IF YOU FAIL TO WITHHOLD PROPERTY IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT. IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT WILL ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE**

**DEBTOR'S NONEXEMPT INTEREST IN SUCH PROPERTY (INCLUDING NONEXEMPT DISPOSABLE EARNINGS).  THE COURT MAY ALSO AWARD REASONABLE ATTORNEY'S FEES TO THE UNITED STATES AND AGAINST YOU.**

SUSAN Y. SOONG,
Clerk of the United States
District Court for the Northern District of California

*Susan Y. Soong*

Dated: November 7, 2018          By: _____
                                      Deputy Clerk